# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY S. KOCH,<br><br>    Plaintiff,<br><br>    v.<br><br>DR. JEFFERY NEUBARTH, et al.,<br><br>    Defendants.<br>_____/ | CASE NO. 1:09-cv-00116-SMS PC<br><br>ORDER FINDING SERVICE OF COMPLAINT APPROPRIATE, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS<br><br>(Doc. 1) |

Plaintiff Rodney S. Koch is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on January 20, 2009. The Court has screened Plaintiff's complaint pursuant to 28 U.S.C. § 1915A, and finds that it states claims against Defendants Neubarth, Hasadsri, McGuinness, and Loadholt for acting with deliberate indifference to Plaintiff's serious medical needs, in violation of the Eighth Amendment, and against Defendant Hasadsri for retaliation in violation of the First Amendment. Fed. R. Civ. P. 8(a); Erickson v. Pardus, 551 U.S. 89, 127 S.Ct. 2197, 2200 (2007); Alvarez v. Hill, 518 F.3d 1152, 1157-58 (9th Cir. 2008). Accordingly, it is HEREBY ORDERED that:

1. Service shall be initiated on the following defendants:

    **DR. JEFFERY NEUBARTH**

    **DR. THANIT HASADSRI**

    **DR. WILLIAM MCGUINNESS**

    **NAOMI LOADHOLT**

///

1

| | |
|---|---|
| 1 | 2. The Clerk of the Court shall send Plaintiff four (4) USM-285 forms, four (4) summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the complaint filed January 20, 2009. |
| 4 | 3. Within **thirty (30) days** from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents: |
| 7 | a. Completed summons; |
| 8 | b. One completed USM-285 form for each defendant listed above; and |
| 9 | c. Five (5) copies of the endorsed complaint filed January 20, 2009. |
| 10 | 4. Plaintiff need not attempt service on the defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs. |
| 14 | 5. <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>. |

IT IS SO ORDERED.

**Dated:    March 27, 2009**            /s/ Sandra M. Snyder
                                        UNITED STATES MAGISTRATE JUDGE