IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY S. KOCH, | 1:09-cv-00116-SMS (PC) |
| Plaintiff, | ORDER GRANTING FIRST MOTION TO EXTEND TIME TO SERVE RESPONSES TO REQUESTS FOR ADMISSIONS |
| vs. | |
| JEFFREY NEUBARTH et al., | (Motion#47) |
| Defendants. | |

Good cause appearing, Defendant Neubarth is granted a fourteen-day extension to serve responses to Plaintiff's Requests for Admissions.  Defendant Neubarth's responses shall be served on or before July 12, 2010.

IT IS SO ORDERED.

**Dated:   June 28, 2010**              /s/ Sandra M. Snyder
                                        UNITED STATES MAGISTRATE JUDGE