# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY S. KOCH,<br><br>        Plaintiff,<br><br>   v.<br><br>DR. JEFFERY NEUBARTH, et al.,<br><br>        Defendants.<br>_____/ | CASE NO. 1:09-cv-00116-SMS PC<br><br>ORDER GRANTING DEFENDANT HASADSRI AN EXTENSION OF TIME TO SERVE RESPONSES TO INTERROGATORIES AND REQUESTS FOR ADMISSION (Doc. 51)<br><br>ORDER GRANTING DEFENDANTS MCGUINNESS AND LOADHOLT AN EXTENSION OF TIME TO SERVE RESPONSES TO REQUESTS FOR ADMISSION, AND DEFENDANTS MCGUINNESS AND NEUBARTH AN EXTENSION OF TIME TO SERVE RESPONSES TO DOCUMENT PRODUCTION REQUEST NUMBER 4 (Docs. 52 and 55)<br><br>ORDER GRANTING DEFENDANTS MCGUINNESS, NEUBARTH, AND LOADHOLD'S REQUEST TO DEPOSE PLAINTIFF VIA VIDEO CONFERENCE (Doc. 56) |

   This is a civil rights action filed pursuant to 42 U.S.C. § 1983 by Plaintiff Rodney S. Koch, a state prisoner proceeding pro se and in forma pauperis. This action is proceeding on Plaintiff's complaint, filed January 20, 2009, against Defendants Neubarth, Hasadsri, McGuinness, and Loadholt for acting with deliberate indifference to Plaintiff's serious medical needs, in violation of the Eighth Amendment, and against Defendant Hasadsri for retaliation in violation of the First Amendment.

Pursuant to the Court's scheduling order, the deadline for the completion of all discovery is August 22, 2010. Now pending before the Court are Defendants' requests for extensions of time to respond to Plaintiff's discovery requests, and Defendants' request for leave to depose Plaintiff by video conference. The Court has considered the requests and pursuant to Federal Rule of Civil Procedure 16(b)(4), HEREBY ORDERS as follows:

1. Defendant Hasadsri's request for a ninety-day extension of time to serve responses to Plaintiff's interrogatories and requests for admission, filed July 12, 2010, is granted;

2. Defendants McGuinness and Loadholt's request for an extension of time up to and including July 30, 2010, to serve responses to Plaintiff's requests for admission, filed July 13, 2010, is granted;

3. Defendants McGuinness and Neubarth's request for an extension of time up to and including August 22, 2010, to serve responses to Plaintiff's fourth request for the production of documents, filed July 16, 2010, is granted; and

4. Defendants McGuinness, Neubarth, and Loadholt's request for leave to depose Plaintiff by video conference, filed July 16, 2010, is granted.

IT IS SO ORDERED.

**Dated:   July 26, 2010**                   /s/ Sandra M. Snyder
                                            UNITED STATES MAGISTRATE JUDGE