# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY S. KOCH, | CASE NO. 1:09-cv-00116-SMS PC |
| Plaintiff, | ORDER APPROVING STIPULATION, STAYING CASE UNTIL JULY 25, 2011 |
| v. | (Doc. 68) |
| DR. JEFFERY NEUBARTH, et al., | |
| Defendants. / | |

On January 25, 2011, Plaintiff and Defendants McGuinness, Neubarth, Loadholt, and Hasadsri filed a stipulation to extend the current stay in this action to July 25, 2011, so that they may continue to explore settlement negotiations.[1] The stipulation is HEREBY APPROVED, and this case is STAYED until July 25, 2011.

IT IS SO ORDERED.

Dated:   January 26, 2011             /s/ Sandra M. Snyder
                                  UNITED STATES MAGISTRATE JUDGE

---

[1] If Defendant Hasadsri is not a party to the settlement negotiations, but he joined in the stipulation to stay the action.

1