1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9   RODNEY S. KOCH,                          CASE NO. 1:09-cv-00116-SMS PC

10                    Plaintiff,             ORDER VACATING PLAINTIFF'S MOTIONS
                                             TO COMPEL FROM COURT'S CALENDAR
11         v.                                PENDING SETTLEMENT DETERMINATION

12   DR. JEFFERY NEUBARTH, et al.,
                                             (Docs. 36, 39, 41, and 54)
13                    Defendants.
     _____/

14

15         Plaintiff Rodney Koch filed motions to compel on April 28, 2010, May 19, 2010, June 7,

16   2010, and July 15, 2010.  The motions are ready for resolution.  Local Rule 230(l).  However, the

17   parties are engaged in settlement negotiations, and neither the Court nor the parties are well served

18   by an expenditure of resources on discovery issues that will be rendered moot should the parties

19   reach a settlement agreement.  Therefore, in light of 28 U.S.C. § 476(a)(1), the Civil Justice Reform

20   Act, Plaintiff's motions to compel are DEEMED VACATED from the Court's calendar until a

21   determination is reached regarding settlement.[1]

22

23   IT IS SO ORDERED.

24   **Dated:    January 26, 2011              /s/ Sandra M. Snyder**
                                             UNITED STATES MAGISTRATE JUDGE
25

26

27   _____

28       [1] The Court's action is purely administrative and the parties need take no further action.  If the parties are
     unable to reach settlement, the Court will issue its ruling on the motions to compel.

1