# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODNEY S. KOCH, | CASE NO. 1:09-cv-00116-SKO PC |
| Plaintiff, | ORDER DISMISSING CASE, WITH PREJUDICE, PURSUANT TO PARTIES' STIPULATION FOR VOLUNTARY DISMISSAL |
| v. | |
| DR. JEFFERY NEUBARTH, et al., | (Doc. 72) |
| Defendants. | |

Plaintiff Rodney S. Koch, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on January 20, 2009. This action is proceeding against Defendants Neubarth, Hasadsri, Loadholt, and McGuinness for acting with deliberate indifference to Plaintiff's serious medical needs, in violation of the Eighth Amendment, and against Defendant Hasadsri for retaliation in violation of the First Amendment.

Pursuant to the Court's order of January 26, 2011, this action was stayed pending the parties' continued settlement negotiations. On June 20, 2011, the parties filed a stipulation for dismissal of this action, with prejudice. Fed. R. Civ. P. 41(a)(1)(A)ii). Accordingly, this action is HEREBY DISMISSED, with prejudice. Id.

IT IS SO ORDERED.

Dated:   June 21, 2011                      /s/ Sheila K. Oberto
                                            UNITED STATES MAGISTRATE JUDGE